**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00501-CV

### STEPHANIE D. CRAWFORD, Appellant

### V.

### TEXAS HEART HOSPITAL OF THE SOUTHWEST LLP D/B/A THE HEART HOSPITAL OF BAYLOR PLANO, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14418**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 12, 2018. The appeal will be resubmitted in the first quarter of 2019.

Pending before the Court is appellee's November 7, 2018 motion to present oral argument. We **GRANT** the motion. Appellee will be permitted to present oral argument when the appeal is resubmitted.

/s/    MOLLY FRANCIS
       PRESIDING JUSTICE